**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| JERZON PEREZ-BARRIOS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JS MAID CLEANING SERVICES, LLC, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 2:19-CV-0049-RWS |

## J U D G M E N T

This action having come before the Court, Honorable Richard W. Story, United States District Judge, for consideration of Plaintiffs' Motion for Attorneys' Fees, and the Court having granted said motion, it is

**Ordered and adjudged** that Plaintiffs are awarded attorneys' fees in the amount of $53,867.47 and costs of $2,583.70 against Defendants.

Dated at Gainesville, Georgia this 23rd day of December, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ D. McGoldrick
        Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
December 23, 2021
Kevin P. Weimer
Clerk of Court


By:     s/ D. McGoldrick
          Deputy Clerk